# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FEDERAL HOUSING FINANCE AGENCY,

        Petitioner,

vs.

SATICOY BAY, LLC,

        Respondent.

Case No. 2:17-cv-00913-JCM-GWF

**ORDER**

      This matter is before the Court on Petitioner's Motion for Issuance of Summons to Saticoy Bay, LLC (ECF No. 6), filed on April 10, 2017. Upon review and consideration, and with good cause appearing therefor,

      **IT IS HEREBY ORDERED** that Petitioner's Motion for Issuance of Summons to Saticoy Bay, LLC (ECF No. 6) is **granted**. The Clerk of Court is directed to issue the summons to Respondent Saticoy Bay, LLC that is attached to Petitioner's motion as Exhibit A (ECF No. 6-1).

      DATED this 11th day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge