ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Respondent*
**SATICOY BAY, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator for the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation,<br><br>    Petitioner,<br>vs.<br>SATICOY BAY, LLC,<br><br>    Respondent. | Case No. 2:17-cv-00913-JCM-GWF |

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
### (First Request)

COMES NOW Petitioner, FEDERAL HOUSING FINANCE AGENCY, and Respondent, SATICOY BAY, LLC, and hereby stipulate and agree as follows:

1. On March 31, 2017, Petitioner filed the instant action, which seeks to enforce an administrative subpoena served upon Respondent.

2. Respondent's counsel has been required to devote time and attention to numerous other pending legal matters since the filing and service of the instant action which has detracted from the time available to prepare a response.

3. Respondent shall have an extension of time until May 31, 2017, in which to respond to the instant Petition.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this  24th  day of May, 2017.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | FENNEMORE CRAIG, P.C. |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Respondent* <br> *Saticoy Bay, LLC* | /s/ *Leslie Bryan Hart* <br> LESLIE BRYAN HART, ESQ. <br> Nevada Bar No. 4932 <br> 300 E. Second St., Suite 1510 <br> Reno, Nevada 89501 <br> 775-788-2228 <br> lhart@fclaw.com <br> *Attorney for Petitioner* <br> *Federal Housing Finance Agency* |

**IT IS SO ORDERED.**

By: /s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

Dated: May 26, 2017

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___24th___ day of May, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND (First Request)** to the following parties:

Leslie Bryan Hart
Fennemore Craig, P.C.
300 E. Second St.
Suite 1510
Reno, NV 89501-
775-788-2228
775-788-2229 (fax)
lhart@fclaw.com
*Attorney for Petitioner*
*Federal Housing Finance Agency*

Michael A.F. Johnson
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5783
202-942-5999 (fax)
michael.johnson@apks.com
*Attorney for Petitioner*
*Federal Housing Finance Agency*

John D. Tennert
Fennemore Craig, P.C.
300 E. Second St.
Suite 1510
Reno, NV 89501
775-788-2212
775-788-2213 (fax)
jtennert@fclaw.com
*Attorney for Petitioner*
*Federal Housing Finance Agency*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.