# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, | Case No. 2:17-CV-913 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| SATICOY BAY, LLC, | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Foley's report and recommendation ("R&R"). (ECF No. 30). No objections have been filed, and the deadline for filing objections has since passed.

On March 31, 2017, petitioner Federal Housing Finance Agency filed a request for a subpoena seeking information and documents related to every property that respondent Saticoy Bay, LLC ("Saticoy") and its affiliates held or claimed an interest in as the result of a HOA foreclosure sale pursuant to NRS § 116.3116 conducted on or after September 18, 2009. (ECF No. 1-2).

On June 14, 2017, petitioner filed a cross-motion for an order requiring respondent to comply with the subpoena. (ECF No. 18). Respondent filed an opposition (ECF No. 24), and petitioner filed a reply. (ECF No. 26). On June 15, respondent filed a motion to quash petitioner's motion to enforce the subpoena. (ECF No. 19). petitioner filed an opposition (ECF No. 17), and respondent filed a reply. (ECF No. 25). On July 21, 2017, Magistrate Judge Foley held a hearing on the motions. (ECF No. 28). On August 10, 2017, Magistrate Judge Foley issued the instant report and recommendation. (ECF No. 30).

**James C. Mahan**
**U.S. District Judge**

1  This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Upon review of the order and the underlying briefs, the court finds that good cause appears to adopt the magistrate judge's findings in their entirety.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Foley's report and recommendation (ECF No. 30) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that petitioner's cross-motion for an order requiring respondent to comply with the subpoena (ECF No. 18) be, and the same hereby is, GRANTED in part and DENIED in part, and that respondent's motion to quash (ECF No. 19) be, and the same hereby is, GRANTED in part and DENIED in part, consistent with the following:

1. Respondent Saticoy shall provide petitioner FHFA with the Assessor's Parcel Number (APN), legal description, and street address (including unit number, if any, and city, state, and zip code) of each property that respondent and respondent's affiliates have held or claimed an interest in and that was the subject of an HOA foreclosure completed under Nevada Revised Statute § 116.3116 between September 18, 2009 and the present.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

2. Respondent shall not be required at this time to provide petitioner with any other information requested in the subpoena.

DATED August 31, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**