UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FEDERAL HOUSING FINANCE AGENCY, | Case No. 2:17-CV-913 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| SATICOY BAY, LLC, | |
| Defendant(s). | |

Presently before the court is petitioner Federal Housing Finance Agency's motion to enforce subpoena. (ECF No. 1).

On August 10, 2017, Magistrate Judge Foley issued a report and recommendation regarding petitioner's cross-motion for an order requiring respondent to comply with the subpoena and respondent's motion to quash. (ECF No. 30). The R&R recommended that petitioner's motion be granted in part, and that respondent's motion be granted in part. *Id.* On August 31, 2017, the court adopted Magistrate Judge Foley's R&R in its entirety. (ECF No. 31). The motion to enforce subpoena, which requests the same relief as petitioner's cross-motion, is therefore moot.

Accordingly,

IT IS HEREBY ORDERED that petitioner's motion to enforce subpoena (ECF No. 1) be, and the same hereby is, DENIED as moot.

DATED November 9, 2017.

                                                     /s/ James C. Mahan
                                                     UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**